JAMES R. OLSON, ESQ.
Nevada Bar No. 116
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
Email: jolson@ocgas.com
       sbarker@ocgas.com
*Attorney for DEFENDANTS*
  *Clark County School District,*
  *Pat Skorkowsky, Kristine Minnich,*
  *Kody Barto, and Christopher Jackson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| APRIL JOHNSON, an individual, DUJUN JOHNSON, an individual, as guardians of JM and JJ, Minors, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL BANCO, an individual; CLARK COUNTY SCHOOL DISTRICT, a Clark County, Nevada governmental entity; CLARK COUNTY SCHOOL DISTRICT TRANSPORATION DEPARTMENT, a Clark County, Nevada governmental entity; the Clark County School District Superintendent PAT SKORKOWKI, an individual; the Clark County School District Assistant Superintendent, KRISTINE MINNICH, an individual; the Clark County School District Thomas O'Rourke Elementary School Principal KODY BARTO, an individual; the Clark County School District Transportation Department, Operations Manager, CHRISTOPHER JACKSON, an individual; DOES 1-10 inclusive; and ROE Corporations, 11-20, inclusive, <br><br> Defendants. | CASE NO.  2:20-cv-01823-JCM-VCF <br><br><br> **STIPULATION (FIRST REQUEST) AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

## STIPULATION (FIRST REQUEST) AND ORDER
## FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COME NOW Defendants CLARK COUNTY SCHOOL DISTRICT, CLARK COUNTY SCHOOL DISTRICT TRANSPORTATION DEPARTMENT, PAT SKORKOWSKY, KRISTINE MINNICH, KODY BARTO, and CHRISTOPHER JACKSON (hereinafter collectively the "CCSD Defendants"), by and through their attorneys JAMES R. OLSON, ESQ. and STEPHANIE A. BARKER, ESQ. of the law firm of OLSON, CANNON, GORMLEY & STOBERSKI, and Plaintiffs APRIL JOHNSON and DUJUN JOHNSON, by and through their attorney CRYSTAL ELLER, ESQ., of ELLER LAW, LLC, and hereby stipulate to an extension of time for Defendants to respond to Plaintiffs' Complaint (ECF No. 3), making the CCSD Defendants' response due on or before December 4, 2020.

This stipulation is entered into to allow time for service on all named defendants prior to submission of the response on their behalf, and to allow an orderly procession of response and discovery in accordance with the Federal Rules of Civil Procedure and the applicable Local Rules of Practice.

This is the first stipulation in this regard.

RESPECTFULLY SUBMITTED:

DATED this 4th day of November, 2020.
ELLER LAW, LLC

_____
CRYSTAL ELLER, ESQ.
Nevada Bar No. 4978
104 South Jones Blvd.
Las Vegas, Nevada 89107
*crystal@crystalforthepeople.com*
*Attorneys for Plaintiffs*

DATED this 5th day of November, 2020.
OLSON CANNON GORMLEY & STOBERSKI

_____
JAMES R. OLSON, ESQ.
Nevada Bar No. 116
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
9950 West Cheyenne Avenue
Las Vegas, NV 89129
jolson@ocgas.com
sbarker@ocgas.com
*Attorneys for the CCSD Defendants*

## ORDER

**IT IS SO ORDERED** that the deadline for the CCSD Defendants' Response to Plaintiffs' Complaint (ECF No. 3) in the matter of *Johnson v. Banco and Clark County School District, et al.*, USDC Case No. 2:20-cv-01823-JCM-VCF, is hereby extended to December 4, 2020.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 11-5-2020