JAMES R. OLSON, ESQ.
Nevada Bar No. 116
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:   702-383-0701
Email: jolson@ocgas.com
       sbarker@ocgas.com
*Attorney for DEFENDANTS*
  Clark County School District,
  Pat Skorkowsky, Kristine Minnich,
  Kody Barto, and Christopher Jackson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| APRIL JOHNSON, an individual, DUJUN JOHNSON, an individual, as guardians of JM and JJ, Minors,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL BANCO, an individual; CLARK COUNTY SCHOOL DISTRICT, a Clark County, Nevada governmental entity; CLARK COUNTY SCHOOL DISTRICT TRANSPORATION DEPARTMENT, a Clark County, Nevada governmental entity; the Clark County School District Superintendent PAT SKORKOWKI, an individual; the Clark County School District Assistant Superintendent, KRISTINE MINNICH, an individual; the Clark County School District Thomas O'Rourke Elementary School Principal KODY BARTO, an individual; the Clark County School District Transportation Department, Operations Manager, CHRISTOPHER JACKSON, an individual; DOES 1-10 inclusive; and ROE Corporations, 11-20, inclusive,<br><br>Defendants. | CASE NO.  2:20-cv-01823-JCM-VCF<br><br><br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT CLARK COUNTY SCHOOL DISTRICT TRANPORTATION DEPARTMENT** |

# STIPULATION AND ORDER TO DISMISS DEFENDANT
# CLARK COUNTY SCHOOL DISTRICT TRANSPORTATION DEPARTMENT

COME NOW Defendants CLARK COUNTY SCHOOL DISTRICT, CLARK COUNTY SCHOOL DISTRICT TRANSPORTATION DEPARTMENT, PAT SKORKOWSKY, KRISTINE MINNICH, KODY BARTO, and CHRISTOPHER JACKSON (hereinafter collectively the "CCSD Defendants"), by and through their attorneys JAMES R. OLSON, ESQ. and STEPHANIE A. BARKER, ESQ. of the law firm of OLSON CANNON GORMLEY & STOBERSKI, and Plaintiffs APRIL JOHNSON and DUJUN JOHNSON, by and through their attorney CRYSTAL ELLER, ESQ., of ELLER LAW, LLC, and hereby stipulate to dismiss DEFENDANT CLARK COUNTY SCHOOL DISTRICT TRANSPORTATION DEPARTMENT.

This Stipulation is entered into in response to Defendant Clark County School District's MOTION TO DISMISS DEFENDANT CLARK COUNTY SCHOOL DISTRICT TRANSPORTATION DEPARTMENT (ECF No. 15), which motion, by this Stipulation is rendered moot.

RESPECTFULLY SUBMITTED:

DATED this 4th day of December, 2020.        DATED this 4th day of December, 2020.

ELLER LAW, LLC                                OLSON CANNON GORMLEY & STOBERSKI

/s/ Crystal Eller                             /s/ Stephanie A. Barker

CRYSTAL ELLER, ESQ.                           JAMES R. OLSON, ESQ.
Nevada Bar No. 4978                           Nevada Bar No. 116
104 South Jones Blvd.                         STEPHANIE A. BARKER, ESQ.
Las Vegas, Nevada 89107                       Nevada Bar No. 3176
crystal@crystalforthepeople.com               9950 West Cheyenne Avenue
*Attorneys for Plaintiffs*                    Las Vegas, NV 89129
                                              jolson@ocgas.com
                                              sbarker@ocgas.com
                                              *Attorneys for the CCSD Defendants*

## ORDER

**IT IS SO ORDERED** that Defendant CLARK COUNTY SCHOOL DISTRICT TRANSPORTATION DEPARTMENT shall be dismissed from this matter of *Johnson v. Banco and Clark County School District, et al.*, USDC Case No. 2:20-cv-01823-JCM-VCF, and that the MOTION TO DISMISS DEFENDANT CLARK COUNTY SCHOOL DISTRICT TRANSPORTATION DEPARTMENT (ECF No. 15) is hereby denied as moot.

DATED: December 11, 2020.

_____
UNITED STATES DISTRICT COURT