JAMES R. OLSON, ESQ.
Nevada Bar No. 116
STEPHANIE A. BARKER, ESQ.
Nevada Bar No. 3176
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:     702-384-4012
Facsimile: 702-383-0701
Email: jolson@ocgas.com
         sbarker@ocgas.com

AND

STEVEN T. JAFFE, ESQ.
Nevada Bar. No. 7035
MICHELLE R. SCHWARZ, ESQ.
Nevada Bar No. 5127
HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, NV 89128
Phone:     702-316-4111
Facsimile: 702-316-4114
Email: MSchwarz@hjclaw.com
*Attorneys for Defendants*
   *Clark County School District,*
   *Pat Skorkowsky, Kristine Minnich,*
   *Kody Barto, and Christopher Jackson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APRIL JOHNSON, an individual, DUJUN JOHNSON, an individual, as guardians of J.M. and J.J., Minors,<br><br>                                    Plaintiffs,<br><br>vs.<br><br>MICHAEL BANCO, an individual; CLARK COUNTY SCHOOL DISTRICT, a Clark County, Nevada governmental entity; CLARK COUNTY SCHOOL DISTRICT TRANSPORTATION DEPARTMENT, a Clark County, Nevada governmental entity; the Clark County School District Superintendent PAT SKORKOWSKI, an individual; the Clark County School District Assistant Superintendent, KRISTINE MINNICH, an individual; the Clark County School District Thomas O'Rourke Elementary School Principal KODY BARTO, an individual; the Clark County | CASE NO.  2:20-cv-01823-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE THE INDIVIDUAL CLAIMS OF PLAINTIFF APRIL JOHNSON AND OF PLAINTIFF DUJUN JOHNSON AS TO ALL DEFENDANTS** |

1  School District Transportation Department,
2  Operations Manager, CHRISTOPHER
   JACKSON, an individual; DOES 1-10 inclusive;
3  and ROE Corporations, 11-20, inclusive,
4                    Defendants.
5
6         Plaintiffs APRIL JOHNSON and DUJUN JOHNSON (collectively the "Johnson
7  Parents"), and Defendants CLARK COUNTY SCHOOL DISTRICT, PAT SKORKOWSKY,
8  KRISTINE MINNICH, KODY BARTO, and CHRISTOPHER JACKSON (collectively the
9  "CCSD Defendants"), by and through their respective counsel of record, hereby stipulate that
10 all claims against all Defendants in the above-entitled matter as asserted by APRIL JOHNSON
11 as an individual, and asserted by DUJUN JOHNSON as an individual, are hereby DISMISSED
12 WITH PREJUDICE as to all Defendants, including as to Defendant MICHAEL BANCO who
13 has not entered an appearance in this matter.
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27
28 *Stipulation and Order to Dismiss with Prejudice the Individual Claims of Plaintiff April Johnson and of Plaintiff Dujun Johnson as to All Defendants - USDC Case No. 2:20-cv-01823-JCM-VCF*

The parties are to bear their own attorney's fees, costs, and expenses related to the individual claims dismissed hereby.

**IT IS SO STIPULATED**.

| Dated: November 19, 2021 | Dated: November 15, 2021 | Dated: November 19, 2021 |
|---|---|---|
| | | SGRO & ROGER |
| OLSON CANNON GORMLEY & STOBERSKI | HALL, JAFFE & CLAYTON, LLP | |
| /s/ [signature] | /s/ Michelle R. Schwarz | /s/ Anthony Sgro |
| James R. Olson, Esq. | Steven T. Jaffe, Esq. | Anthony P. Sgro, Esq. |
| Nevada Bar. No. 116 | Nevada Bar. No. 7035 | Nevada Bar No. 3811 |
| Stephanie A. Barker, Esq. | Michelle R. Schwarz, Esq. | 720 S. 7TH Street |
| Nevada Bar No. 3176 | Nevada Bar No. 5127 | Las Vegas, NV 89101 |
| 9950 West Cheyenne Avenue | 7425 Peak Drive | *Attorney for Plaintiffs* |
| Las Vegas, NV 89129 | Las Vegas, NV 89128 | |
| *Attorneys for CCSD Defendants* | *Attorneys for CCSD Defendants* | |

**ORDER**

**IT IS SO ORDERED**.

DATED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

*Stipulation and Order to Dismiss with Prejudice the Individual Claims of Plaintiff April Johnson and of Plaintiff Dujun Johnson as to All Defendants - USDC Case No. 2:20-cv-01823-JCM-VCF*

# Stephanie Barker

| | |
|---|---|
| **From:** | Alanna Bondy <abondy@sgroandroger.com> |
| **Sent:** | Monday, November 15, 2021 10:14 AM |
| **To:** | Stephanie Barker |
| **Cc:** | Tony Sgro; Alexis Williams; MSchwarz@lawhjc.com; Marianne Sylva; Nan Langenderfer |
| **Subject:** | Re: Johnson - Parent Settlement Agreement |

Hi Stephanie,

You have our permission to affix and use our e-signature.

Thanks,

Alanna Bondy

Sent from my iPhone

> On Nov 15, 2021, at 9:51 AM, Stephanie Barker <sbarker@ocgas.com> wrote:
>
> Counsel:
>
> The settlement check for the parents' claims was delivered to Plaintiffs' counsel on November 11.
>
> Please provide your electronic signature authorization for submission of the attached Stipulation and Order to Dismiss containing our negotiated language. .
>
> **Stephanie A. Barker, Esq.**
> **Olson Cannon Gormley & Stoberski**
> 9950 West Cheyenne Avenue
> Las Vegas, Nevada 89129
> PH: 702-384-4012
> sbarker@ocgas.com
>
>
> <u>**Privileged and Confidential**</u>
> This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information.  Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited.  This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon Gormley & Stoberski, for any loss of damage arising in any way from its use.  If you have received this communication in error, please immediately notify the sender at 702-384-4012, or by electronic email.
>
> <SO Dismiss Parent Claims - Final.pdf>

1

## Stephanie Barker

| | |
|---|---|
| **From:** | Michelle R. Schwarz <MSchwarz@lawhjc.com> |
| **Sent:** | Thursday, November 18, 2021 8:30 PM |
| **To:** | Stephanie Barker |
| **Cc:** | Marianne Sylva; Nan Langenderfer; Alanna Bondy; Alexis Williams; Marianne Sylva |
| **Subject:** | RE: Johnson - Parent Settlement Agreement |

Yes, you have authority to affix my electronic signature.

Michelle R. Schwarz, Esq.
HALL JAFFE & CLAYTON, LLP



7425 Peak Drive
Las Vegas, NV 89128
Phone: 702.316.4111 x120
Fax: 702.316.4114
Email: mschwarz@lawhjc.com

**From:** Stephanie Barker <sbarker@ocgas.com>
**Sent:** Wednesday, November 17, 2021 11:49 AM
**To:** Michelle R. Schwarz <MSchwarz@lawhjc.com>
**Cc:** Marianne Sylva <MSylva@lawhjc.com>; Nan Langenderfer <nlangenderfer@ocgas.com>; Alanna Bondy <abondy@sgroandroger.com>; Alexis Williams <awilliams@sgroandroger.com>; Marianne Sylva <MSylva@lawhjc.com>
**Subject:** FW: Johnson - Parent Settlement Agreement

Good morning Michelle:

Do I have your authorization to submit the attached Stipulation and Order to Dismiss the parent claims, with your electronic signature:

Thank you.


Stephanie A. Barker, Esq.
Olson Cannon Gormley & Stoberski
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
PH: 702-384-4012
sbarker@ocgas.com

**Privileged and Confidential**
This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information. Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited. This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon Gormley & Stoberski, for any loss of damage arising in