**ANTHONY P. SGRO, ESQ.**
Nevada Bar No. 3811
**ALANNA BONDY, ESQ.**
Nevada Bar No. 14830
**SGRO & ROGER**
720 S. 7th Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
abondy@sgroandroger.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APRIL JOHNSON, an individual, DUJUN JOHNSON, an individual, as guardians of MJ and JJ, Minors, | CASE NO.  2:20-cv-01823-JCM-VCF |
| Plaintiffs, | |
| vs. | |
| MICHAEL BANCO, an individual; CLARK COUNTY SCHOOL DISTRICT, a Clark County, Nevada governmental entity; CLARK COUNTY SCHOOL DISTRICT TRANSPORTATION DEPARTMENT, a Clark County, Nevada governmental entity; the Clark County School District Superintendent PAT SKORKOWSKI, an individual; the Clark County School District Assistant Superintendent, KRISTINE MINNICH, an individual; the Clark County School District Thomas O'Rourke Elementary School Principal, KODY BARTO, an individual; the Clark County School District Transportation Department, Operations Manager, CHRISTOPHER JACKSON, an individual; DOES 1-10 inclusive; and ROE Corporations, 11-20, inclusive, | **STIPULATED REQUEST FOR EXPEDITED RULING** |
| Defendants. | |

Pursuant to LR 7-1 and LR IA 6-2, Plaintiffs, by and through their counsel, ANTHONY P. SGRO, ESQ. and ALANNA BONDY, ESQ., of the law firm SGRO & ROGER, and CLARK COUNTY SCHOOL DISTRICT (hereinafter "CCSD"), PAT SKORKOWSKY, KRISTINE MINNICH, KODY BARTO, and CHRISTOPHER JACKSON (hereinafter the "CCSD Defendants"),[1] by and through their counsel, STEPHANIE A. BARKER, ESQ. of the law firm OLSON CANNON GORMLEY & STOBERSKI, and MICHELLE R. SCHWARZ, ESQ. of the law firm HALL JAFFE & CLAYTON, LLP, hereby stipulate and request an expedited ruling on Plaintiffs' Petition for Compromise of Minors' Claims, which was filed in this matter on February 11, 2022.

The parties respectfully request that this Court issue an expedited ruling on Plaintiffs' Petition for Compromise of Minors' Claims in order to meet certain time-sensitive settlement funding deadlines for the benefit of the minor Plaintiffs, MJ and JJ.

DATED: 02/16/2022

OLSON CANNON
GORMLEY & STOBERSKI

/s/ Stephanie A. Barker

James R. Olson, Esq.
Nevada Bar. No. 000116
Stephanie A. Barker, Esq.
Nevada Bar No. 003176
9950 West Cheyenne Avenue
Las Vegas, NV 89129
*Attorneys for CCSD Defendants*

DATED: 02/16/2022

HALL, JAFFE &
CLAYTON, LLP

/s/ Michelle R. Schwarz

Steven T. Jaffe, Esq.
Nevada Bar. No. 7035
Michelle R. Schwarz, Esq.
Nevada Bar No. 5127
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for CCSD Defendants*

DATED: 02/16/2022

SGRO & ROGER

/s/ Anthony P. Sgro

Anthony P. Sgro, Esq.
Nevada Bar No. 3811
Alanna Bondy, Esq.
Nevada Bar No. 14830
720 S. 7TH Street
Las Vegas, NV 89101
*Attorney for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE


DATED: February 17, 2022
_____

---

[1] Defendant MICHAEL BANCO has not entered an appearance and is not represented in this matter.

2

**Subject:** RE: Stipulated Request for Expedited Ruling
**Date:** Wednesday, February 16, 2022 at 4:25:12 PM Pacific Standard Time
**From:** Michelle R. Schwarz
**To:** Alanna Bondy, Stephanie Barker
**CC:** Tony Sgro, Melissa Alessi, Marianne Sylva
**Attachments:** image001.png, image003.jpg

Alanna, yes, you may use my electronic signature on the request for expedited hearing.

**Michelle R. Schwarz, Esq.**
**HALL JAFFE & CLAYTON, LLP**



7425 Peak Drive
Las Vegas, NV 89128
Phone: 702.316.4111 x120
Fax: 702.316.4114
Email: mschwarz@lawhjc.com

**From:** Alanna Bondy <abondy@sgroandroger.com>
**Sent:** Wednesday, February 16, 2022 12:22 PM
**To:** Stephanie Barker <sbarker@ocgas.com>; Michelle R. Schwarz <MSchwarz@lawhjc.com>
**Cc:** Tony Sgro <tsgro@sgroandroger.com>; Melissa Alessi <alessm1@nv.ccsd.net>
**Subject:** Re: Stipulated Request for Expedited Ruling

Thank you Stephanie,

Michelle, please advise if we have your permission to affix your e-signature as well.

**Alanna Bondy • ESQ.**
abondy@sgroandroger.com

**From:** Stephanie Barker <sbarker@ocgas.com>
**Date:** Wednesday, February 16, 2022 at 12:21 PM
**To:** Alanna Bondy <abondy@sgroandroger.com>, "mschwarz@lawhjc.com" <mschwarz@lawhjc.com>
**Cc:** Tony Sgro <tsgro@sgroandroger.com>, Melissa Alessi <alessm1@nv.ccsd.net>
**Subject:** RE: Stipulated Request for Expedited Ruling

Tony, Michelle, and Alanna:

Attached is a fully executed copy of the Settlement Agreement, bearing all the CCSD signatures.

Having received this document, you are authorized to include my electronic signature on the Stipulated Request for Expedited Ruling re: Petition to Compromise Minors' Claims.

Thank you.

**Stephanie A. Barker, Esq.**
**Olson Cannon Gormley & Stoberski**
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
PH: 702-384-4012
sbarker@ocgas.com

Privileged and Confidential
This email, including attachments, is intended for the person(s) or company named and may contain confidential and/or legally privileged information.  Unauthorized disclosure, copying or use of this information may be unlawful and is prohibited.  This email and any attachments are believed to be free of any virus or other defect that might affect any computer into which it is received and opened, and it is the responsibility of the recipient to ensure it is virus free, and no responsibility is accepted by Olson Cannon Gormley & Stoberski, for any loss of damage arising in any way from its use.  If you have received this communication in error, please immediately notify the sender at 702-384-4012, or by electronic email.

**From:** Alanna Bondy <abondy@sgroandroger.com>
**Sent:** Friday, February 11, 2022 10:51 AM
**To:** Stephanie Barker <sbarker@ocgas.com>; mschwarz@lawhjc.com
**Cc:** Tony Sgro <tsgro@sgroandroger.com>
**Subject:** Stipulated Request for Expedited Ruling

Hi Stephanie and Michelle,

As I am sure you saw, we filed the Petition for Compromise of Minors' Claims this morning. Accordingly, could you both kindly sign off on the attached Stipulated Request for Expedited Ruling? If you want me to e-sign for you, please let me know.

Thanks,

**Alanna Bondy** • ESQ.
abondy@sgroandroger.com

* Achieved the largest single person injury settlement in Nevada history
* Achieved the largest commercial litigation verdict in Nevada history

CONFIDENTIALITY NOTICE:  This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any unauthorized review, use, disclosure or distribution is prohibited.  Inadvertent transmission and disclosure of otherwise confidential and privileged communications shall not compromise or waive the attorney-client privilege and/or the attorney work-product privilege as to this

communication or otherwise.  If you have received this communication in error, please contact the sender by return email or by telephone at (702) 384-9800.  If you are the intended recipient but do not wish to receive communication via e-mail, please advise the sender.

* Achieved the largest single person injury settlement in Nevada history
* Achieved the largest commercial litigation verdict in Nevada history

CONFIDENTIALITY NOTICE:  This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any unauthorized review, use, disclosure or distribution is prohibited.  Inadvertent transmission and disclosure of otherwise confidential and privileged communications shall not compromise or waive the attorney-client privilege and/or the attorney work-product privilege as to this communication or otherwise.  If you have received this communication in error, please contact the sender by return email or by telephone at (702) 384-9800.  If you are the intended recipient but do not wish to receive communication via e-mail, please advise the sender.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.